Ellen Glineberg, Appellant, v. Stanley Ross Evans, Appellee.

Gen. No. 44,922. 

Heard in the second division, first district, this court at the October term, 1949. John E. Erickson and Frederick J. Bertram, for appellant; John E. Erickson, of counsel; Braun, Johnson & Ryan, for appellee; Philip E. Ryan, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed June 22, 1950; rehearing denied July 12, 1950; released for publication July 12, 1950.